UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CAROLYN K.,[1]                               Case No. 20-CV-1394 (NEB/LIB)

        Plaintiff,

v.                                               ORDER ACCEPTING REPORT AND
                                                       RECOMMENDATION

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

The Court has received the January 2022 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 23.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

    1.     The Report and Recommendation (ECF No. 23) is ACCEPTED;

    2.     Plaintiff's Motion for Summary Judgment (ECF No. 19) is DENIED;

    3.     Defendant's Motion for Summary Judgment (ECF No. 21) is GRANTED;
         and;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions.

2

4.        Plaintiff's Complaint (ECF. No. 1) is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 23, 2022                     BY THE COURT:

                                             s/Nancy E. Brasel
                                             Nancy E. Brasel
                                             United States District Judge